U.S. SMALL BUSINESS ADMINISTRATION     EXHIBIT 4
WASHINGTON, DC 20416

OFFICE OF GENERAL COUNSEL

March 7, 2025

Skye Perryman
President and CEO
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
foia@democracyforward.org

Dear Ms. Perryman,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2025-002069, in which you requested the following:

> 1. All final guidance, memoranda, or directives received by SBA from the White House, the Domestic Policy Council, the Presidential Personnel Office, the Office of Management and Budget, the U.S. Digital Service, or the U.S. "DOGE" Service that were sent on or after January 20, 2025.
>
> 2. All final guidance, memoranda, or directives created by SBA on or after January 20, 2025 regarding giving DOGE or Office of Personnel Management employees access to SBA systems, including HR, contract, and payment systems.

The SBA is currently experiencing a backlog of requests. Therefore, we are invoking a ten working day extension of time pursuant to 5 U.S.C. § 552(a)(6)(B)(iii)(II), 13 C.F.R. § 102.5.

If you have any questions about or need assistance with your request, you may contact me at U.S. Small Business Administration, 409 Third Street SW, Washington DC 20416, by phone at 202-205-6976 or by email at arlene.embrey@sba.gov.

Sincerely,

/s/ *Arlene M. Embrey*
Arlene M. Embrey
Trial Attorney
Office of General Counsel
U.S. Small Business Administration