

U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

EXHIBIT 6

OFFICE OF GENERAL COUNSEL

April 25, 2025

Skye Perryman
President and CEO
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
foia@democracyforward.org

Dear Ms. Perryman,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2025-002069, in which you requested the following:

> 1. All final guidance, memoranda, or directives received by SBA from the White House, the Domestic Policy Council, the Presidential Personnel Office, the Office of Management and Budget, the U.S. Digital Service, or the U.S. "DOGE" Service that were sent on or after January 20, 2025.
>
> 2. All final guidance, memoranda, or directives created by SBA on or after January 20, 2025 regarding giving DOGE or Office of Personnel Management employees access to SBA systems, including HR, contract, and payment systems.

On April 3, 2025, SBA had sent you a partial response in regard to request 1.

SBA is releasing in full the attached documents that are responsive to request 2, the remainder of your request.

If you are dissatisfied with the Agency's decision, you may file an administration appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, FOIA Office
> 409 3rd Street, SW – 8th Floor
> Washington, D.C. 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

        Office of Government Information Services
        National Archives and Records Administration
        8601 Adelphi Road-OGIS
        College Park, MD 20740-6001
        ogis@nara.gov
        ogis.archives.gov
        202-741-5770
        877-684-6448

Sincerely,

/s/ *Eric S. Benderson*
Eric S. Benderson
Chief FOIA Officer
Office of General Counsel
U.S. Small Business Administration