## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>P.O. Box 34553<br>Washington, D.C. 20043,<br><br>*Plaintiff*,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br><br><br>*Defendants*. | : : : : : : : : : : : : : : : : : : : | Case No. 25-cv-684 (RDM) |

### STIPULATION OF VOLUNTARY DISMISSAL OF SMALL BUSINESS ADMINISTRATION AND U.S. DEPARTMENT OF EDUCATION

It is stipulated between the parties, Plaintiff Democracy Forward Foundation ("DFF") and the Small Business Administration ("SBA") and the U.S. Department of Education ("ED"), that the above-captioned action is voluntary dismissed against Defendants SBA and ED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of those parties to bear its own attorneys' fees and costs.

DFF states that it is not agreeing by this stipulation to dismissal of the action against the U.S. Department of the Treasury.

Dated: May 27, 2025

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528

Jeremy.simon@usdoj.gov

*Attorneys for United States of America*

Respectfully submitted,

/s/ *Daniel A. McGrath*

Daniel A. McGrath (D.C. Bar No.
1531723)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*