UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 25-0684 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 29, 2025, Plaintiff Democracy Forward Foundation and Defendant United States Department of Treasury ("Treasury"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on March 7, 2025, and, following a stipulation of dismissal filed on May 27, 2025, concerns two Freedom of Information Act ("FOIA") requests dated January 31, 2025, directed to the Treasury as well as its component the Bureau of Fiscal Service as described in the Complaint. *See* Compl. (ECF No. 1) ¶¶ 9, 12. Treasury answered the Complaint on May 12, 2025 and, in its answer asserted as a defense that the requests failed to reasonably describe the records sought, were overly broad, and/or were not valid FOIA requests. Answer (ECF No. 13) at 2. Treasury joins in this report subject to, and without waiving, that defense (among others set forth in the answer). Plaintiff asserts, for context regarding this defense, that the requests seek the communications records of twelve specific Treasury officials beginning in November 2024 or January 2025, with components of the Executive Office of the President or containing specific key terms. *See* Compl. (ECF No. 1) ¶¶ 9, 12.

2.      The parties have made progress to date in narrowing the requests. Specifically, Plaintiff has agreed that Treasury can defer processing of attachments to emails, while reserving the right to request processing of particular attachments in a targeted manner after the processing of emails is completed, and that Treasury also can exclude news items and wide distribution emails.

3.      Treasury has preliminarily assessed that, excluding news items and several types of widely distributed emails, and also narrowing the request to Microsoft Outlook emails (and excluding attachments, calendar items, etc.), the number of potentially responsive documents is reduced to approximately 5,807 documents or 16,239 pages (which reflects a significant reduction from over 300,000 pages that otherwise would be potentially responsive). Even with that reduction, however, Treasury still would require approximately three years to complete processing and that would then be subject to the potential processing of specific attachments that might thereafter be requested. Treasury plans to respond to Plaintiff's recent narrowing proposal within the next week and plans to confer further with Plaintiff to the extent necessary to reduce the number of potentially responsive pages to a manageable level.

4.      Plaintiff has offered to implement additional narrowing measures to reduce the processing burdens and allow for more expeditious processing of the requested records. Plaintiff has also requested the opportunity to promptly confer with knowledgeable agency counsel regarding further narrowing measures to avoid disputes over the rate of processing and production. As noted above, Treasury plans to confer further with Plaintiff's counsel about these potential narrowing options before beginning to process the records.

5.      The parties propose that they file a further status report by July 17, 2025.

Dated: June 18, 2025

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528

Jeremy.simon@usdoj.gov

*Attorneys for United States of America*

Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

 *Counsel for Plaintiff*

3