UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | ) | Civil Action No. 25-0684 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 19, 2025, Plaintiff Democracy Forward Foundation and Defendant United States Department of Treasury ("Treasury"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on March 7, 2025, and, following a stipulation of dismissal filed on May 27, 2025, concerns two Freedom of Information Act ("FOIA") requests dated January 31, 2025, directed to the Treasury as well as its component the Bureau of Fiscal Service as described in the Complaint. *See* Compl. (ECF No. 1) ¶¶ 9, 12. Treasury answered the Complaint on May 12, 2025 and, in its answer asserted as a defense that the requests failed to reasonably describe the records sought, were overly broad, and/or were not valid FOIA requests. Answer (ECF No. 13) at 2. Treasury joins in this report subject to, and without waiving, that defense (among others set forth in the answer). Plaintiff asserts, for context regarding this defense, that the requests seek the communications records of twelve specific Treasury officials beginning in November 2024 or January 2025, with components of the Executive Office of the President or containing specific key terms. *See* Compl. (ECF No. 1) ¶¶ 9, 12.

2. The parties have continued to make progress in narrowing the requests. Specifically, by email dated June 26, 2025, Plaintiff has agreed to narrow the date-range of the request and also to narrow the request to only sent communications. Treasury also has run a Boolean search proposed by Plaintiff. The result of these narrowing efforts, and those addressed in the prior status report, is that there are now approximately 1,901 emails to process, translating to 4,437 potentially responsive pages (excluding any attachments, as explained in the June 18, 2025 status report, that Plaintiff may later request to be processed). Given that Plaintiff has provided additional narrowing measures to Treasury, which Treasury currently is seeking to implement in order to generate a final set of documents to review, Treasury expects to be in a position by the next status report to propose a processing schedule and has advised Plaintiff (in response to the request referenced below) that it is not yet in a position to commit to an initial production date at this time.

3. Plaintiff has requested that Treasury make an initial production of records by September 15, 2025, 60 days from the filing of this report.

4. The parties propose that they file a further status report by August 27, 2025.

Dated: July 17, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for United States of America*

*/s/ Daniel A. McGrath*

Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*