UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 25-0684 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 17, 2025, Plaintiff Democracy Forward Foundation and Defendant United States Department of the Treasury ("Treasury"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on March 7, 2025, and, following a stipulation of dismissal filed on May 27, 2025, concerns two Freedom of Information Act ("FOIA") requests dated January 31, 2025, directed to the Treasury as well as its component the Bureau of the Fiscal Service as described in the Complaint. *See* Compl. (ECF No. 1) ¶¶ 9, 12. Treasury answered the Complaint on May 12, 2025 and, in its answer asserted as a defense that the requests failed to reasonably describe the records sought, were overly broad, and/or were not valid FOIA requests. Answer (ECF No. 13) at 2. Treasury joins in this report subject to, and without waiving, that defense (among others set forth in the answer). Plaintiff asserts, for context regarding this defense, that the requests seek the communications records of twelve specific Treasury officials beginning in November 2024 or January 2025, with components of the Executive Office of the President or containing specific key terms. *See* Compl. (ECF No. 1) ¶¶ 9, 12.

2. As previously reported, on July 28, 2025, the parties agreed to process approximately 1,859 emails, translating to 4,348 potentially responsive pages (excluding any attachments, as explained in the June 18, 2025 status report, that Plaintiff may later request to be processed). Treasury stated in the last report that it expected to make monthly interim responses with an initial interim response on September 15, 2025.

3. Treasury made its first interim response on September 15, 2025. For that response, Treasury reviewed 500 pages of potentially responsive records and, following review, determined that 170 pages were releasable with 33 pages released in full, 133 pages partially withheld pursuant to Exemptions 5 and 6 of the FOIA and four pages fully redacted in the released pages on the basis of the same exemptions. Moreover, of the 500 pages reviewed, an additional 45 pages (not otherwise reflected in the released pages) also were withheld in full on the basis of Exemptions 5 and/or 6 of the FOIA. Due to disruptions as a result of the recent lapse in appropriations, Treasury did not make an interim response in October and was not in a position to provide an interim response in November. Treasury will resume interim responses this month, with its next interim response to be provided on or about December 15, 2025.

4. The parties propose that they file a further status report by February 5, 2026.

Dated: December 1, 2025

JEANINE FERRIS PIRRO
United States Attorney

By:
*/s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for United States of America*

Respectfully submitted,

*/s/ Amy C. Vickery*

Amy C. Vickery (admitted pro hac vice)
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*